# Court of Appeals
# of the State of Georgia

ATLANTA, July 08, 2015

*The Court of Appeals hereby passes the following order*

**A15D0463. TANNER MEDICAL CENTER, INC. d/b/a TANNER MEDICAL
CENTER-VILLA RICA et al. v. VEST NEWNAN, LLC d/b/a NEWNAN
BEHAVIORAL HOSPITAL et al..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this

order. The Clerk of Superior Court is directed to include a copy of this order in the record

transmitted to the Court of Appeals.

LC NUMBERS:

2015V32



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, July 08, 2015.*

    *I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*, Clerk.*